UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................

| | |
|---|---|
| THEODORE PERSICO, | **O R D E R** |
| Petitioner, | CV-09-2830 (CBA) |
| -against- | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

..................................................

AMON, J.

Petitioner filed the above-captioned *pro se* action on June 17, 2009. This case was opened incorrectly noting petitioner's last name as Perisco instead of Persico. The petitioner's last name has since been corrected.

The Court finds that the instant case is a duplicate of <u>Theodore Persico v. United States of America</u>, CV-09-3329 (CBA) which was dismissed by the Court's Memorandum and Order dated December 9, 2009.

Accordingly, the instant petition is dismissed and the Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: Brooklyn, New York
January 6, 2010

/Signed by Judge Amon/
Carol Bagley Amon
United States District Judge